FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D20-2958
_____

DAVID TERRENCE STEPHENS,

    Appellant,

    v.

DEPARTMENT OF CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

September 28, 2022

PER CURIAM.

    Appellant seeks review from a circuit court order dismissing
his petition for writ of mandamus as untimely.  Appellant argued
there were due process errors in several disciplinary proceedings,
many of them years old.  We affirm because none of the challenged
proceedings occurred within thirty days of the date that Appellant
filed his petition as required by section 95.11(8), Fla. Stat. (2020)
("Any action challenging prisoner disciplinary proceedings shall be
barred by the court unless it is commenced within the time period
provided by this section.").

    AFFIRMED.

LEWIS, TANENBAUM, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


David Terrence Stephens, pro se, Appellant.

Ashley Moody, Attorney General, and Kelly R. Forren, Assistant Attorney General, and Lance Eric Neff, General Counsel, Department of Corrections, Tallahassee, for Appellee.